# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

August 16, 2011

**SUPERVISION UNIT**
**20 WASHINGTON PLACE**
**6ᵀᴴ FLOOR**
**NEWARK, NJ 07102-3172**
**(973) 645-6161**
**FAX: (973) 645-2155**

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Court Judge
Martin Luther king, Jr. Federal Building & Courthouse
PO Box 0999
Newark, NJ 07102

RE: HAMMED, Ali
Dkt. No.: 07-00764-001
<u>**Notification of Noncompliance**</u>

Dear Judge Chesler:

On January 8, 2008, the above-named offender was sentenced to 60 months probation following a conviction for Misprison of Felony, in violation of Title 18, U.S.C. 4.F. In addition to the standard conditions of supervision, the offender was ordered to participate in a mental health program for evaluation and treatment, DNA testing, drug treatment, and substance abuse testing.

Hammed's compliance has wavered in the recent past due to the abuse of prescription medications. On July 28, 2011, it was determined that Hammed had been self-medicating with xanax; ingesting medication that was not prescribed to her.

If Your Honor concurs with our response to Hammed's noncompliance, please sign the enclosed petition as an official Court reprimand.

If Your Honor would like to discuss this matter, please contact the undersigned officer at (973) 223-7631.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Donna W. Shaw
Senior U.S. Probation Officer

/dws
Enclosure

PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ali Hammed

Cr.: 07-00764-001
PACTS #: 43800

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 01/08/08

Original Offense: Misprison of Felony

Original Sentence:  5 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 01/08/08

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender admitted to the use of xanax, without having a prescription for same. |

U.S. Probation Officer Action:

The offender's mental health treatment and substance abuse treatment have been increased and the offender has been placed in phase one of our random urine monitoring program.

Respectfully submitted,

By:  Donna W. Shaw
Senior U.S. Probation Officer
Date:  8/16/11

*The court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[X] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

8/18/2011

Date