PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ali Hammed

Cr.: 07-00764-001
PACTS #: 43800

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 01/08/08

Original Offense: Misprison of Felony

Original Sentence: 5 years probation

Type of Supervision: Probation

Date Supervision Commenced: 01/08/08

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender admitted to the use of xanax, without having a prescription for same. |

U.S. Probation Officer Action:

The offender's mental health treatment and substance abuse treatment have been increased and the offender has been placed in phase one of our random urine monitoring program.

Respectfully submitted,

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 8/16/11

*The court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other - This petition shall serve as an official written reprimand.

Signature of Judicial Officer

Date